

(Rev. 5/05)

ORIGINAL

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) __Ushango Owens___   __240623___
(Name of Plaintiff)        (Inmate Number)

__H.R.Y.C.I. 1301 E. 12th St. Wilm. De. 19809__
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)        (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) __Governor Ruth Anne Minor__
(2) __Delaware State Employees__
(3) __Officers Fox & Officer Kirklin__
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

: - 0 7 - 3 6 5 -
: (Case Number)
: ( to be assigned by U.S. District Court)

: CIVIL COMPLAINT

: • • Jury Trial Requested

FILED

JUN - 8 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.  PREVIOUS LAWSUITS

   A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
       including year, as well as the name of the judicial officer to whom it was assigned:

   _____

   _____

   _____

   _____

   _____

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? (•Yes) ••No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? (•Yes) ••No

C. If your answer to "B" is Yes:

1. What steps did you take? I have filed grievances regarding my medical conditions after I came to Gander Hill

2. What was the result? It has been signed off as problem resolved due to lengthly time to address injuries.

D. If your answer to "B" is No, explain why not: _____

III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: Ruth Anne Minor
Employed as Governor at _____
Mailing address with zip code: _____

(2) Name of second defendant: Delaware State Employees
Employed as state workers at state institutions
Mailing address with zip code: _____

(3) Name of third defendant: Officers Kirklin & Fox
Employed as Police Officers at Wilmington Police Dept.
Mailing address with zip code: 300 North Walnut St. Wilm. De.

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

Mayor James Baker,
Wilmington Hospital Emergency, 501 W. 14th St. Wilm. De.,
Wilmington Police Dept., 300 N. Walnut St. Wilm. De.
Gander Hill Prison H.R.Y.C.I., 1301 E. 12th St. Wilm. De.

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Ruth Anne Minor is the Governer of the state and it's employees. Any grievance or complaints ends with her.

2. State Employees of Delaware are envolved due to their affiliation with my arrest process and being injured.

3. Officiers Kirklin and Fox have both violated my amendment rights. They have used accessive force, police brutality, racial profiling and harressment. On February 8, 2007 I was run down by officers, hit with a state vehicle and man handled with accessive force.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I am suing each defendant for $250,000 each for mental anguish, physical injury pain and suffering. Medical bills and compensation for everyday I missed at work. Punitive damages.

3

2. _____

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __30th__ day of __May__, 2 __007__.

__Ushanga Owens__
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

Governor - Ruth Anne Minner

Mayor - James Baker

Attorney General - Beau Biden

Doctors - Wilmington Hospital 501 W. 14 St. Wilm - 733-1000
428-4410

Police Dept. Wilmington Police Department 300 North Walnut
Chief of Police, Criminal Investigation Division, House Sergeant, Patrol Sergeant
Drug Crime - VICE, special operations - Crime
- Prevention

Officers: Fox
Kirklin

Public Defender's Office

Delaware Center for Justice - 658-7174

High Education Commission
scholarships & grants     800-292-7935

Discrimination - Housing Opportunities of Northern Delaware - 429-0794

NAACP - 6550998

Michael N Castle 201 Walnut st   Congressman

Joseph R. Biden Jr. - Senator wilm. office 1105 N. Market St.

Thomas R. Carper  301 N Walnut St - Senator

Delaware State Chamber of Commerce - 655-7221

New Castle County Chamber of Commerce - 737-4345

US Attorneys office
1201 Market St.
573-6277

Delaware Helpline - 800-464-4357

Social Security Administration - 323-0764
   Reads Way

cliche'

1. If you don't stand for something you will fall for anything
2. The pot calling the kettle black
3. you dress pig intestines chitlins up with garnishes to look like a gourmet meal but it's still pig intestines. make it

4. whenever amongst the romans do as the romans do. It will always be

5. you can't judge a book by his cover everything isn't what it seems

# CiviGenics 6 for 1 Program
## House Structure Committee Reports

(please check)
Monday____ Tuesday____ Wednesday____ Thursday____ Friday____ Saturday____ Sunday____

Date_____ Time _____

Committee  5·23·07

Chairperson  Yusef Reynolds

Co-Chair  U. Owens

you can steer but you can't make it drink eat. grazes

Co-Chair  a blind horse into green pastures

let he who cast the is without sin cast the first stone.

a hackneyed expression or idea.

Comments:

just because a woman wears provocative clothing doesn't make her less virtuous than a nun.

a cute metaphor.

administration - 576-3100
city planning Job Hotline - 571-4666
Risk management - 576-2460
Wilmington Employment Corps. - 576-2475

Cottman Transmission Cntr.
3400 Old Capitol Trail
Wilm. 998-9841

Signature:_____

NOTE: ALL REPORTS ARE DUE TO STAFF (for review)
Revised 5-31-06

Mr. Ushango Owens SBI. #240623
H.R.Y.C.I.
P.O. Box 9561
Wilmington, Territory
Delaware, Republic
 [19802]



Clerk
U.S. District Court
Lock 18
844 N. King Street
Wilmington, Territory
Delaware, Republic
 [19802]

LEGAL MAIL