AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 07 cv 365 JJF



Bp scanned

## ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

### NOTICE OF AVAILABILITY OF A
### UNITED STATES MAGISTRATE JUDGE
### TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ___two___ COPIES OF AO FORM 85.

___7/03/07___  (without prej) (misnomer) Ushango Owens t.d.c.
(Date forms issued)    (Signature of Party or their Representative)
U.C.C. 1-207, 1-103, 1-308

(misnomer)
(without prejudice) Ushango Owens t.d.c.
(Printed name of Party or their Representative)
U.C.C. 1-308, 1-207, 1-103

PLEASE COMPLETE AND RETURN TO THE U.S. DISTRICT COURT
Note: Completed receipt will be filed in the Civil Action

Ashango Owens SDI # 240623
H.R.Y.C.I. (canisowment)
P.O. Box 9561
Wilmington Territory
Delaware Republic 19809

WILMINGTON DE 197
10 JUL 2007 PM 1 T
USA 41

U.S.M.S.
X-RAY

Judge Joseph J. Farnan, Jr.
c/o Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington Territory
Delaware Republic 19801