**RESIDENT HISTORY REPORT**                                                                Page 1 of 1

**HRYCI**
**07/06/07 14:01**
**ST 007 / OPR SJW**

SBI            :  240623
Resident Name  :  OWENS, USHANGO
Time Frame     :  02/08/2007 22:25 - 07/06/2007 14:00

07-365

---

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|------|------|------|----|----|-----------|--------|---------|
| 02/08/2007 | 22:25 | Reopen | 5 | BVS | E19851 | 4.27 | 4.27 |
| 02/12/2007 | 07:01 | Order | 2 | AFC | B154535 | 3.83 | 0.44 |
| 02/12/2007 | 13:28 | Credit | 3 | WLH | C18039 | 1.05 | 1.49 |
| 02/19/2007 | 07:16 | Order | 2 | DDT | B155570 | 1.33 | 0.16 |
| 04/09/2007 | 12:56 | Add | 4 | gmw | D66912 | 20.00 | 20.16 |
| 04/11/2007 | 14:57 | Rec Payment | 10 | bsp | J9584 | 2.50 | 17.66 |
| 04/16/2007 | 05:55 | Order | 2 | AFC | B163569 | 17.35 | 0.31 |
| 05/09/2007 | 11:56 | Add | 4 | gmw | D68695 | 20.00 | 20.31 |
| 05/14/2007 | 06:30 | Order | 2 | DDT | B167576 | 13.54 | 6.77 |
| 05/15/2007 | 12:31 | Rec Payment | 10 | bsp | J10150 | 0.50 | 6.27 |
| 05/15/2007 | 12:32 | Rec Payment | 10 | bsp | J10151 | 4.50 | 1.77 |
| 05/18/2007 | 12:56 | Rec Payment | 10 | bsp | J10196 | 1.50 | 0.27 |
| 06/05/2007 | 11:51 | Add | 4 | CAR | D70086 | 40.00 | 40.27 |
| 06/08/2007 | 08:29 | Rec Payment | 7 | SJW | G11570 | 0.84 | 39.43 |
| 06/08/2007 | 08:47 | Rec Payment | 7 | SJW | G11572 | 2.00 | 37.43 |
| 06/11/2007 | 08:48 | Order | 2 | DDT | B171464 | 13.54 | 23.89 |
| 06/18/2007 | 10:27 | Order | 2 | DDT | B172565 | 23.22 | 0.67 |
| 06/18/2007 | 11:43 | Rec Payment | 10 | bsp | J10651 | 0.45 | 0.22 |



FILED

JUL 11 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned