Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

Ushango Khepera-Ptah Ali Sovereign Title
of Corporate Name Ushango Owens SBI #240623
H.R.Y.C.I.
P.O. Box 9561
Wilmington Territory
Delaware Republic [19809]

To: Clerk
From: Ushango Owens (misnomer) SBI #240623
Re: Case Number: 1:07-cv-365-JJF Owens v. Minner et al
Date: 8/27/07

FILED
SEP - 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

    I am writing this letter in regards to filing fee of $350.00 assessed. I am also requesting for four other U.S. Marshal 285 forms if this is possible. Please bring me up to speed with payment plan, fees, court docket, etc. I thank you for your assistance, time and patience. I pray that this was of no inconvenience for you. Please respond to my letter at your earliest convenience.

Very Truly Yours,
Ushango Khepera-Ptah Ali Sovereign
Title of Corporate Name Ushango
Owens SBI #240623

Ushango Bhepera-Ptah Ati Sovereign Title
of Corporate Name Ushango Owens so+ # 240623
H.R.Y.C.I.
P.O. Box 9561
Wilmington Territory
Delaware Republic [19809]

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington Territory
Delaware Republic [19801-35707]