Thursday 9/6/07

In The United States District Court
For The District of Delaware

| | |
|---|---|
| Ushango Owens<br>    plaintiff, <br>v.<br><br>Governor Ruth Ann Minner<br>    Defendants. | Civil Action No. 07-365-JJF |

To whom it may concern: or Court Clerk,

    I am writing this letter in request if you have civil justice delay and expanse reduction plans that are not reflected in your local rules? If so would you please send me copies. Also do you have anything on renouncing one citizenship, becoming a citizen and immunities. If so please send me a copy of the inquiry. I thank you for your assistance, time and patience. I pray that this was of no inconvenience to you. Please respond to my letter at your earliest convenience.



FILED
SEP 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Very Truly Yours,
Ushango Owens



Mr. Ushanga Owens SBI #246623
H.R.Y.C.I.
P.O. Box 9561
Wilm. De. 19809

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, De. 19801-3570