OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 19, 2007

TO: Ushango Owens
SBI# 240623
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

*RE:* **Letter to Clerk regarding Receipt of Filing Fee;
CA 07-365(JJF)**

Dear Mr. Owens:

A current summary of payments received and docketed is enclosed for your reference. On 6/25/07, the Court assessed the civil filing fee of $350.00, payable in monthly installments. According to our records, the last payment posted was $50.00 on 9/5/07. This leaves a balance due of $300.00.

Also, enclosed are four blank USM 285 forms per your request.

I trust that this letter addresses your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan, Jr.
enc. Account Summary, 4 USM 285 forms

**PRISONER LITIGATION LEDGER**

USHANGO OWENS V. MINER ET AL.

CA 07-365-JJF
CASE #2

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|------|------|---------|--------|---------|
| 6/25/2007 | | | | 350 |
| 9/5/2007 | 5100PL | 148777 | 50 | 300 |