SBI #

Corporate Name Ushango Owens 240623
H.R.Y.C.I.
P.O. Box 9561
Wilm. De. 19809
to Sovereign Title Ushango
Khepera Ptah Ni

Ushango Owens v. Minner et al.                Sept. 30, 2007

To: Clerk

Re: CA 07-365 (JJF), inquiry

RECEIVED
OCT - 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To whom it may concern:

I am writing you this letter in regards to my receiving your letter dated Sept. 19, 2007. It was stated that you enclosed four blank USM 285 forms per my request yet they were not enclosed with receipt of your letter. I am not sure if the facilities' mail room officers confiscated the forms or you may have absently forgotten to enclose said forms with letter. Be that as it may, I'm quite sure it was a simple mishap that can be corrected. If it is still possible would you be so kind as to send me four blank USM 285 forms for I did not receive these forms prior to this letter. Also I am inquiring if all parties have been serve by U.S. Marshals? Also would you have civil justice delay and expanse reduction plans that are not reflected in your local rules? I am inquiring also to this Rule 59(e), Fed. R. Civ. P., § C.3.c appeal, 60(b) forms or information? I need a Motion for the appointment of counsel. Also information on Immunity = res judicata, public officials and Treaties. As well as information of defendants moving under Rule 6(d), Fed. R. Civ. P.; Rule 6(e), Rule 12, Fed. R. Civ. P.; Rule 12(b)(6). Also 42 U.S.C. § 1997(e), 28 U.S.C. § 1915(d) as well. Last but not least; my two final inquiries are would you happen to know where I can find or purchase

pg. 2

-"Prisoners Self-Help Litigation Manual". The Publishers at 75 Main Street, Dobbs Ferry, NY 10522 and Oxford University Press/Oceana Publications, 2001 Evans Road, Cary, NC 27513 assured me that the Manual is out of print and not available. Yet the only recourse would be the secondary market or used books at local book stores? This book is invaluable, would you have any ideas to find such a book as this? The other inquiry are would you have the addresses to the Central Internal Revenue Service and the Federal Reserve in New York or in the Nations Capital? I pray that you address each of my questions in this matter. These questions are important and essential to my having better insight to addressing certain matters of my case. I thank you for your assistance, consideration, time and patience in this matter. I pray that this was of no inconvenience to you. Please get with responding back to this letter at your earliest convenience.

Very Sincerely Yours,
Ushango Owens Corporate
Name to Sovereign Title Ushango
Khepera-Ptah Ali



Mr. Ushango Khepera-Ptah Ali, Sovereign Title of
Corporate Name Ushango Owens #0240023
R.Y.C.I.
P.O. Box 9561
Wilmington Territory
Delaware Republic [19809]

To: Clerk, Peter T. Dalleo
Lockbox 18
844 King Street
U.S. Courthouse
Wilmington Territory
Delaware Republic [19801]