OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

November 8, 2007

TO:  Ushango Owens
     SBI# 240623
     Howard R. Young Correctional Institution
     P.O. Box 9561
     Wilmington, DE 19809

*RE: Request for USM 285 forms; 07-365(JJF)*

Dear Mr. Owens:

This office received a letter from you requesting four USM 285 forms. Enclosed please find four blank USM 285 forms per your request.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan, Jr.
enc: 4 USM 285 forms