Ushango Khepera-Ptah Ali Sovereign (without prejudice)
Title of Corporate Name Ushango Owens
SBI #240623        UCC § 1-207, 1-308,
H.R.Y.C.I.                 1-103
P.O. Box 9561
Wilmington Territory
Delaware Republic [19809]

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington Territory
Delaware Republic [19801-3570]


FILED
DEC - 4 2007
BD scanned

Ushango Owens,
          Plaintiff,
     V.                                    Civ. Action No. 07-365-JJF
Governor Ruth Ann Minnor,
#2, et al.,
          Defendants.

   WHEREAS, Plaintiff Ushango Owens (without prejudice) UCC 1-207, 1-308, 1-103 received Dismissal of civil rights action pursuant to 42 U.S.C. § 1983 Complaint. (Notice: UCC-1-201 "Color of Law") Propria Persona Special Appearance de bene esse, non grant executory in personam and Abatement per Rule 12. Personam express representation estoppel to Tribunal Dismissed Without Prejudice.
   I am appearing in Special Propria Personam and not General in personam to challenge presumption of Statue Procedural due process action of Tribunal in situs of Maritime jurisdiction. My writing Without Prejudice is Material Altercation and Evidence. I declare my representation as notice entitlement to all Privileges and Immunities of the several states at Article I Section 2 Clause I of the Constitution of the United States. Article III Judiciary and the Supreme Court has

pg. 2

- original jurisdiction of this case. I am not knowledgeable in the Law and I am without competent counsel. I deny Miranda attorney for it cannot represent Propria Persona and is admission to the jurisdiction of Territorial Statutory Maritime jurisdiction, tacit not withstanding. Plaintiff ask(s) the Court to reconsider and take the following into consideration: Plaintiff assumed that he fulfilled all the Courts Order and requirements. Due to completion of the authorization form and forwarding it to administration's business/accounting department for further review, it was assumed that Plaintiff had fulfilled all the initial requirements. The Business department did not assess form or forward to the Court. There may have been miscommunication or lack of understanding on Plaintiffs and Penal administrations part. In Light of the aforementioned above, Plaintiff humbly ask the Honorable Court to reconsider and proceed with civil rights action pursuant to 42 U.S.C. §1983 Color of Law UCC 1-201. Plaintiff ask to receive another authorization form and extention of required alloted thirty day time frame. Thank your for your assistance, time and patience in this matter.

Very Truly Yours,

Ushango Khepera-Ptah Ali Sovereign
without prejudice
Title of Corporate Name Ushango Owens
UCC 1-207, 1-308

Ushango Khepera-Ptah Ali Sovereign Title
Corporate Name Ushango Owens SBI #240635
P.O. Box 9561
Wilmington
Delaware
Territory
Republic [19801]

Honorable Joseph J. Farnan, Jr.
U.S. District Courthouse
844 N. King Street, Lockbox 18
Wilmington Territory
Delaware Republic [19801]