IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| USHANGO OWENS, | : |
|     Plaintiff, | : |
|     v. | : Civil Action No. 07-365-JJF |
| GOVERNOR RUTH ANNE MINOR, et al., | : |
|     Defendants. | : |

### O R D E R

WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on September 24, 2007, the Court entered an Order requiring plaintiff to complete and return an authorization form, within 30 days, or the case would be dismissed (D.I. 10);

WHEREAS, on November 16, 2007, the Court entered an Order dismissing the Complaint for failure to submit the required document (D.I. 13);

WHEREAS, on December 5, 2007, Plaintiff asked the Court to reconsider its Order and for a thirty day extension of time to submit the required authorization form (D.I. 14);

THEREFORE, at Wilmington this __11__ day of December, 2007, IT IS HEREBY ORDERED that:

    1. The Letter/Motion For Reconsideration (D.I. 14) is **GRANTED**.

    2. The November 16, 2007 dismissal Order (D.I. 13) is **VACATED**.

3.  The clerk of the court shall **REOPEN** this action.

4.  Plaintiff shall **SUBMIT** his payment authorization form within thirty days from the date of this Order. No extensions will be allowed.

                                    _/s/ Joseph J. Farnan_
                                    United States District Judge