IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| USHANGO OWENS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-365-JJF ) |
| GOVERNOR RUTH ANNE MINOR, DELAWARE STATE EMPLOYEES, OFFICER FOX, OFFICER KIRKLIN, MAYOR JAMES BAKER, WILMINGTON HOSPITAL EMERGENCY, WILMINGTON POLICE DEPARTMENT, GANDER HILL PRISON HRYCI, | ) ) ) ) ) ) ) |
| Defendants. | ) |



**AUTHORIZATION**

I, Ushango Owens, SBI #240623, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $2.64 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated September 24, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: October 2, 2007.

Ushango Owens U.C.C. 1-207.1-308.1-103
Signature of Plaintiff
(without prejudice)



Ushongo Khepera-Ptah-ALi. Sovereign Title
of Corporate Name 'without prejudice'  Ushango J Owens ssI # xxx-xx-xxxx
H.R.U.C.I.   UCC 1-207
P.O. Box 9561
Wilmington Territory
Delaware  Republic [19807]

Attn: Judge Joseph J. Farnan, Jr.
Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington Territory
Delaware   Republic  [19801-3570]