RESIDENT HISTORY REPORT                                                    Page 1 of 1

HRYCI
12/31/07 13:54
ST 007 / OPR SJW



```
SBI           : 240623
Resident Name : OWENS, USHANGO
Time Frame    : 01/01/2007 22:25 - 12/31/2007 13:54
```

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 02/08/2007 | 22:25 | Reopen | 5 | BVS | E19851 | 4.27 | 4.27 |
| 02/12/2007 | 07:01 | Order | 2 | AFC | B154535 | 3.83 | 0.44 |
| 02/12/2007 | 13:28 | Credit | 3 | WLH | C18039 | 1.05 | 1.49 |
| 02/19/2007 | 07:16 | Order | 2 | DDT | B155570 | 1.33 | 0.16 |
| 04/09/2007 | 12:56 | Add | 4 | gmw | D66912 | 20.00 | 20.16 |
| 04/11/2007 | 14:57 | Rec Payment | 10 | bsp | J9584 | 2.50 | 17.66 |
| 04/16/2007 | 05:55 | Order | 2 | AFC | B163569 | 17.35 | 0.31 |
| 05/09/2007 | 11:56 | Add | 4 | gmw | D68695 | 20.00 | 20.31 |
| 05/14/2007 | 06:30 | Order | 2 | DDT | B167576 | 13.54 | 6.77 |
| 05/15/2007 | 12:31 | Rec Payment | 10 | bsp | J10150 | 0.50 | 6.27 |
| 05/15/2007 | 12:32 | Rec Payment | 10 | bsp | J10151 | 4.50 | 1.77 |
| 05/18/2007 | 12:56 | Rec Payment | 10 | bsp | J10196 | 1.50 | 0.27 |
| 06/05/2007 | 11:51 | Add | 4 | CAR | D70086 | 40.00 | 40.27 |
| 06/08/2007 | 08:29 | Rec Payment | 7 | SJW | G11570 | 0.84 | 39.43 |
| 06/08/2007 | 08:47 | Rec Payment | 7 | SJW | G11572 | 2.00 | 37.43 |
| 06/11/2007 | 08:48 | Order | 2 | DDT | B171464 | 13.54 | 23.89 |
| 06/18/2007 | 10:27 | Order | 2 | DDT | B172565 | 23.22 | 0.67 |
| 06/18/2007 | 11:43 | Rec Payment | 10 | bsp | J10651 | 0.45 | 0.22 |
| 07/27/2007 | 11:55 | Add | 4 | gmw | D72865 | 20.00 | 20.22 |
| 07/30/2007 | 14:04 | Order | 2 | DDT | B178184 | 16.41 | 3.81 |
| 08/01/2007 | 15:20 | Rec Payment | 10 | bsp | J11277 | 0.50 | 3.31 |
| 08/03/2007 | 09:45 | Credit | 11 | WLH | K4959 | 16.41 | 19.72 |
| 08/06/2007 | 13:44 | Order | 2 | WLH | B179147 | 13.99 | 5.73 |
| 08/13/2007 | 10:40 | Order | 2 | DDT | B180065 | 5.68 | 0.05 |
| 08/27/2007 | 08:55 | Add | 4 | gmw | D74482 | 260.00 | 260.05 |
| 08/27/2007 | 13:39 | Order | 2 | DDT | B181977 | 58.63 | 201.42 |
| 08/28/2007 | 13:58 | Credit | 3 | WLH | C21888 | 10.34 | 211.76 |
| 08/31/2007 | 10:27 | Withdrawal | 6 | SJW | F31444 | 50.00 | 161.76 |
| 08/31/2007 | 10:33 | Withdrawal | 6 | SJW | F31447 | 100.00 | 61.76 |
| 08/31/2007 | 13:41 | Rec Payment | 10 | bsp | J11789 | 1.50 | 60.26 |
| 09/03/2007 | 10:44 | Order | 2 | WLH | B182897 | 46.12 | 14.14 |
| 09/05/2007 | 13:25 | Order | 3 | AFC | C22028 | 2.20 | 11.94 |
| 09/10/2007 | 11:05 | Order | 2 | DDT | B183878 | 11.85 | 0.09 |
| 09/21/2007 | 11:46 | Add | 4 | J | D76029 | 100.00 | 100.09 |
| 09/25/2007 | 05:34 | Order | 2 | DDT | B185806 | 59.44 | 40.65 |
| 10/01/2007 | 08:55 | Add | 4 | gmw | D76499 | 24.00 | 64.65 |
| 10/01/2007 | 11:18 | Order | 2 | DDT | B186705 | 30.51 | 34.14 |
| 10/02/2007 | 10:41 | Credit | 3 | AFC | C22867 | 1.10 | 35.24 |
| 10/02/2007 | 10:42 | Order | 3 | AFC | C22868 | 15.41 | 19.83 |
| 10/02/2007 | 10:44 | Credit | 3 | AFC | C22869 | 12.25 | 32.08 |
| 10/04/2007 | 13:21 | Rec Payment | 10 | bsp | J12284 | 2.00 | 30.08 |
| 10/04/2007 | 14:57 | Withdrawal | 6 | SJW | F32276 | 16.00 | 14.08 |
| 10/08/2007 | 09:43 | Order | 2 | DDT | B187577 | 14.06 | 0.02 |
| 10/29/2007 | 09:44 | Add | 4 | gmw | D78024 | 40.00 | 40.02 |
| 10/29/2007 | 10:22 | Order | 2 | DDT | B190459 | 6.10 | 33.92 |
| 10/29/2007 | 13:49 | Rec Payment | 10 | bsp | J12373 | 17.25 | 16.67 |
| 10/30/2007 | 11:27 | Credit | 3 | WLH | C23314 | 2.00 | 18.67 |
| 10/31/2007 | 11:56 | Rec Payment | 10 | bsp | J12391 | 10.45 | 8.22 |
| 11/05/2007 | 09:45 | Order | 2 | DDT | B191292 | 3.63 | 4.59 |
| 11/07/2007 | 11:45 | Rec Payment | 10 | bsp | J12422 | 4.00 | 0.59 |
| 11/12/2007 | 09:02 | Order | 2 | AFC | B192260 | 0.59 | 0.00 |
| 12/14/2007 | 11:29 | Add | 4 | J | D80807 | 100.00 | 100.00 |
| 12/18/2007 | 09:55 | Order | 2 | AFC | B197383 | 44.99 | 55.01 |
| 12/21/2007 | 13:11 | Withdrawal | 6 | SJW | F34075 | 50.00 | 5.01 |

Case 1:07-cv-00365-JJF    Document 17    Filed 01/04/2008    Page 2 of 4

Case 1:07-cv-00365-JJF    Document 15    Filed 12/11/2007    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| USHANGO OWENS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-365-JJF |
| GOVERNOR RUTH ANNE MINOR, et al., | : |
| Defendants. | : |

## O R D E R

WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on September 24, 2007, the Court entered an Order requiring plaintiff to complete and return an authorization form, within 30 days, or the case would be dismissed (D.I. 10);

WHEREAS, on November 16, 2007, the Court entered an Order dismissing the Complaint for failure to submit the required document (D.I. 13);

WHEREAS, on December 5, 2007, Plaintiff asked the Court to reconsider its Order and for a thirty day extension of time to submit the required authorization form (D.I. 14);

THEREFORE, at Wilmington this ___11___ day of December, 2007, IT IS HEREBY ORDERED that:

1. The Letter/Motion For Reconsideration (D.I. 14) is **GRANTED**.

2. The November 16, 2007 dismissal Order (D.I. 13) is **VACATED**.

3.  The clerk of the court shall **REOPEN** this action.

4.  Plaintiff shall **SUBMIT** his payment authorization form within thirty days from the date of this Order. No extensions will be allowed.

_____<br>
United States District Judge

HOWARD R. YOUNG
CORRECTIONAL INSTITUTION
P.O. BOX 9279
WILMINGTON, DELAWARE 19809

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington DE 19801-3570