07-365 JJF

Ushango: Owens-Ali
In Care of: Howard R. Young Correction Institution
P. O. Box 9561
Wilmington Territory
Delaware    Republic  near [19809]



FILED

FEB 2 6 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# AFFIDAVIT OF FACT AND LAWFUL DEMAND TO RETURN PERSONAL PROPERTY

Notice To Principal Is Notice To Agent, Notice To Agent Is Notice To Principal

## DECLARATION

I, Ushango: Owens-Ali, ex rel. Ushango: Owens (and any derivatives) therefore, A Free Moorish - American National, another, not an actor, nor the Defendant, am competent to state there facts, am over the age of eighteen and having personal Knowledge of the matters stated herein, I do declare, the following facts to be true, correct and complete and not misleading, and under penalty of pejury under the Laws of the United States of America { pursuant to Title 28 U.S.C.A. sec. 1746 (1) } and standing squarely "In Propria Persona, Sui Juris" (Not Pro Se) and upon my Birthright Nobility, and Sovereign Delaware Republic, Preamble, Article III, state citizen, in special visitation and not appearing generally gives Notice to this Court by "Affidavit of Fact," that the Free Moorish American National herein disclaims any and all debts or otherwise presented liabilities as regards to POLICE COMPLAINT NO: 30-07-10819,

# STATEMENT OF FACTS

1. On or about February 8th, 2007, I, Ushango: Owens, under threat, duress, coercion and force of arms, was forced to relinquish my personal property in the amount of $663.⁰⁰ (six hundred: sixty-three dollars) in Federal Reserve Notes, currency, by Officer: Robert Fox, on and acting on behalf of the Wilmington Police Department [corporation] of Delaware. (see copy of DEFENDANT/ PROPERTY OWNER from herein reproduced) - Exhibit 'A'

2. Affiant is appearing is Special Proprio Personam and not General in personam to challenge presumption of Statue Procedural "due process" "action" of tribunal in situs of Maritime jurisdiction. Affiants writing of "without prejudice" on attached as exhibit 'A' is "Material Alteration" and Evidence at UCC 3-407.1. Agency police power is bound to Article I Statue at Negotiable Instruments Law of UCC 3-104.2.

3. Affiant hereby refutes, abrogates and void any liability's associated or affixed to: POLICE COMPLAINT NO.: 30-07-10819; and; SUPERIOR COURT OF THE STATE OF DELAWARE, RE: CIVIL ACTION NO. 07M-04-020 USHANGO OWENS vs. STATE OF DELAWARE US Currency $663.00; via express RESERVATION OF RIGHTS affixed to original instrument specifically invoking Uniform Commercial Code 1-207 Without Prejudice, alongside real signature.

4. Uniform Commercial Code 1-207, states; that which is so clearly stated or distinctly set forth that there is no doubt as to its meaning."
   a. UCC 1-207:7, effect of RESERVATION of rights: The making of a "valid" reservation of rights PRESERVES WHATEVER rights the person then possesses and prevents the loss of such right by application of

concepts of waiver or estoppel...

b. UCC 1-103:6 Common law- The Code is "Complimentary" to the common law, which remains in force exempt where displaced by the code.

5. The Wilmington Police Department (Delaware) proferred "Defendant/Property Owner presentment has on it "without prejudice" affixed to "Affiants signature, therefore, such a condition on the instrument vittates "unit" obligation and the police powers are without activation. The presentment/contract will not sustain the promise at UCC 3-104.3, for the unit 'must' be "unconditional" at 3-104.2 to actuate perjury.

6. Affiant states the condition placed on signature, "without prejudice" UCC 1-207 "is a reoresentation of Truth on the faceon instrument and results in non-assumpsit, which cannot "sustain a promise" to "appear."

7. Where there is no obligation, there is no right.

8. Agency and unregistered foreign agents such as Officer: Robert Fox and the Wilmington Police Department cannot produce a negotionable instrument, because the "unit" "must be" "unconditional" UCC 3-104(2) unless abrogated. This Affiants reservation of Rights vitiates the agreement and "cannot" sustain a promise" as UCC 3-104(3) requires.

# CAVEAT

9. An issue of agency is "ultra vires" and a tort is pursued and each agent who attempts to duplicate or resurrect the now "DEAD" "IN LAW" "thing in action" are "made liable" to the Citizen whose Rights have been "exhibit," UCC 1-207:3 and are therefore recoverable in federal court through [1983], holding liable all parties responsible, who act in collusion and conspire to violate Affiants constitutional rights and

"Color of Law", 42 U.S.C.A. 1983

10. Agency is "in want" of jurisdiction to proceed and must abate. Affiant demands the full and complete return of his property in the full amount of $663.00 Federal Reserve Notes, US Currency, in which he was in lawful possession of. And any and all attempts to forcibly FORFEIT said private and personal property is a knowing, willful and deliberate tort and violation of due process of law for the purpose of robbery of one of WE THEE PEOPLE.

Affiant does hereby refute the validity of your unattested claim, without dishonor, and I am not "made liable." Affiant has sustained commercial Injury due to unreal assertions made because of power held by those that should hold the truth in hand when asserting given Authority. All presentments made are against the Peace and Dignity of this Affiant. If I do not receive a written response from you, the Prosecutor, the agents representing the State OF DELAWARE, signed, sealed and attested to, Under penalty of Perjury, within thirty (30) days, it shall demonstrate that this case/account is "Closed" and Settled, with prejudice, in my favor, and the return property without further delay. With full reservation of all my natural substantive rights without prejudice under the State and Federal Constitutions Executed under title 28 U.S.C.A. 1746 (1).

_Roddierre Johnson_
NOTARY

_Ushango: Owens-Ali_ , Sui Juris                    December 14, 2007 A.D.E.
Ushango: Owens-Ali ex. rel. Ushango Owens
Private, Sovereign, Freehold Status, Truth ₪-1, AA222141
UCC 1-207, 1-308, 1-103, All Rights Reserved, Without Prejudice

# CERTIFICATE OF MAILING/SERVICE

I certify that a true and correct copy of the foregoing document was sent by mail, postage prepaid, or hand delivered to the United States District Court (Delaware) on this 24 day of February, 2008 A.D., serving and noting the following parties:

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Territory
Delaware Republic [19801-3570]


Date: February 24, 2008
       1428 Moorish Calendar

Ushango: Owens-Dli, Sui Juris
Without Prejudice, Rights Reserved
UCC 1-207, 1-308, 1-103

Ushango: Owens- Ali ex rel. Ushango Owens SBI # 240623
N.R.U.N.I c/o
P. O.-JBox 9561
Wilmington Territory
Delaware Republic] [19801]

U.S.M.S.
NAFTA

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington    Territory
Delaware    Republic] [19801-35701]