# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

(without prejudice) UCC 1-207, 1-308, 1-103.6

Ushango Owens,
    Plaintiff,

v.

~~Lawerence~~ Robert ~~McFox~~ Fox,
Delaware State Employees,
    et al.
    Defendants.

Civil Action No. 07-365-JJF



FILED
MAR - 6 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion for Plaintiff's Request For Production Of Documents

    Pursuant to Rule 34, Fed. R. Civ. P., the plaintiff request that the defendants produce the documents listed herein within 30 days, either by providing the plaintiff with ~~30 days~~ copies or by making them available to the plaintiff for inspection and copying.

    1. Any and all grievances, complaints, or other documents received by the defendants or their agents at (Gander Hill Prison) H.R.Y.C.I. concerning mistreatment of inmates by defendants Warden Raphael Williams, Civigenics, Medical Staff, and Delaware State Employees concerning mistreatment of inmates by those defendants listed above, and any memoranda, investigative files, or other documents created in response to such documents, since February 8, 2007.

2. Any and all policies, directives, or instructions to staff concerning the use of tear gas or other chemical agents by H.R.Y.C.I. staff, and Wilmington Police Agents, Officers.

3. Any and all policies, directives, or instructions to staff concerning the use of force by H.R.Y.C.I. staff, Wilmington Police Offices

4. Any and all policies, directives, or instructions to staff governing sick call procedures, both in general population and in segregation. H.R.Y.C.I.

5. Any and all sick call request sheets from the period February 8, 2007 to the date of your response. H.R.Y.C.I. medical administration

6. The plaintiff complete medical records from February 8, 2007 to the date of your response.

7. Any Logs, Lists, or other documentation reflecting grievances filed by H.R.Y.C.I. inmates February 8, 2007 to the date of your response.

8. Any and all documents created by any H.R.Y.C.I. staff member in response to a grievance filed by the plaintiff in February, 2007 concerning his medical care.

9. Any and all policies, directives, or instructions to staff concerning the institutions' disciplinary

program rules and regulations involving Civigenics staff and clients. Their valid licences to Administer Treatment as certified counselors etc.

10. Any and all policies, directives, or instructions to staff concerning housing inmates, over crowdedness and sanitary conditions.

11. Any and all documents created by any H.R.Y.C.I. staff member from February 8, 2007 to date concerning the plaintiff's medical care and not included in items 6, 7, or 8 of this request.

Under the laws of The United States of America & pursuan to Title 28 U.S.C.A. sec. 1746 (1) without the United States

(without prejudice) UCC 1-207, 1-3 / 1-103.

Date: March 3, 2008
1428 Moorish Calendar

Ushango: Owens-Ali Sui Jur
H.R.U.C.I.
P.O. Box 9561
Wilmington
Delaware 19809
Ex rel. Ushango Owens