Ushango:Khepera-Ptah:Ali ex rel. Ushango Owens
Commercial Domicile: N.K.U.C. I. P.O. Box 9561
Wilmington Territory, Delaware Republic. Near [1981

# IN THE United States DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| (without prejudice) UCC 1-207, 1-308, 1-103.6 | UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TERRORISM |
| Ushango: Owens-Ali, under protest Plaintiff/Libelee & Victim of Fraud | C.A. No. 07-365-JJF |
| V. | |
| Robert Fox, Et. Al., United States Of America, Bankrupt Legal Fiction A/K/A Alter ego of the international monetary fund et al. Defendant(s). | WILMINGTON DIVISION OF UNREGISTERED FOREIGN AGENTS & OUTLAWS FILED MAR – 6 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE |

## ADMINISTRATIVE NOTICE OF SEDITION & TREASON, INVOKING SUPERVISORY AUTHORITY PRESENTED BY AFFIDAVIT OF AMICUS CURIAE USHANGO: OWENS-ALI

DELAWARE STATE REPUBLIC
NEW CASTLE COUNTY TERRITORY

I, Ushango:Khepera-Ptah:Ali, A Free Nuwaubian Moorish-American National, not an actor, nor the corporate misnomer name in all CAPS ex rel. USHANGO OWENS, am over the age of eighteen, am competent to state the facts, and

having personal knowledge of the matters stated herein. I declare the following:

I Ushango: Khepera-Ptah: Ali, am a sovereign, sui juris, Free Nuwaubian Moorish-American National, am a Living, Breathing, Thinking human being, who by blood descend from the Indigenous Nuwaubian Moors of the Yamasse Tribe of Native Americans, Seminole, Creek, Washito, Witchetaw Indians, Mound Builders, a non-resident Alien, Secured Party, Classified Truth A-1 Freehold, who does not wish to contract under any color of law jurisdiction that if foreign to the De Jure United States of (for) America Republic, makes this special visitation in the above matter and NOTICES By the Court(s) (and all whom cometh) to take Judicia Notice of the enunciation of principles stated in <u>Haines v. Kerner</u>, 404 U.S. 519, (1972), wherein the Court directed that those who are unschooled in Law making pleading shall have the Court look to the substance of the complaint rather than the form. Let my yae be yae, and my nay be nay, as supported by your Federal Public Law 97-280, 96 stat. 1211 I have personal knowledge of the matter stated herein and hereby asservate understanding the liabilities presented in <u>Briscoe vs. Hue</u>, 460 U.S. 325

Be it Known to all courts, governments, and other partie that I, Ushango: Khepera-Ptah: Ali ex rel. Ushango Owens, Nuwaubian Moor and Native American,

Secured Party, am a natural, freeborn Soverieqn, without subjects. I am neither subject to any entity anywhere, nor is any entity subject to me. I neither dominate anyone, nor am I dominated. (see attached copies of Affiants Proclaimation of Free Moor National Name and Religion, as well as the Declaration Of Nationality And Constitutional Protections Of Rights And Immunities). My Authority for this statement is the same as it is for all sovereign everywhere: the age-old, timeless, and universal respect for the intrinsic rights, property, freedoms, and responsibilities of the Sovereign individual. I voluntarily choose to comply with the man-made laws which serve to bring harmony to society, but no such laws, nor the enforcers, have any authority over me. I am not in any jurisdiction, for I am not of a subject status. Observe; ...

"His rights are such as existed by the law of the land (common Law) long antecedent to the organization of the States and can only be taken from him by due process of law and in accordance with the Constition. — Hale v. Henkel, 201 U.S. 43 at 47 (1905)

# CAVEAT

All people who are free Nationals are born with the "unalienable/inalienable rights" to the inherent nationality of their forefathers, e.g. Chinese, Egyptian or German or Moor. Any act, lawful, or disguised, which deprives a person or people of this birthright, given by their Creator is an act of "Denationalization" and "Genocide." These are first degree criminal violations for any government to enact upon a people under Colorable Amendment to its constitutional Laws and or state, codes or acts. Such acts are in dire violation of the U.S. Constitution's Art. 1, Section-9 (CL3) and 10, which is "Ex Post Facto" and the courts that attempt enforce the said are "Criminally liable." According to FEDERAL RULE TITLE 18, SECTION 241-242 "No one has the right, especially under badges, and courts etc. To Denationalize, deprive any rights, privileges or immunities by reason of Color of Race."

Under the U.S. Supreme Court rulings, <u>Hagan v. Lavine</u>, jurisdiction cannot be sustained by a lower court, or entertain and decide any claim of conflict between federal and state laws. Here, it must be remembered only "the proper status" can be heard in the "proper jurisdiction." Hence Affiant hereby and timely rejects any false identification as a "Black, African-American, Negro, Colored or any other identity that falls short of his Nuwaubian Moor Nationality.

Courts Enforcing mere statutes do not act judicially, but merely ministerially; thus having no judicial Immunity. And unlike Courts of Law, do not obtain jurisdiction by service of process, nor even arrest and compelled appearance."—<u>Boswell v. Otis</u>, 9 How. 336, 348; to wit.

"ONCE JURISDICTION IS CHALLENGED, IT MUST BE PROVEN"

.... By the (Accuser) prosecutor or Judge ON THE RECORD... before any judge can proceed against your "person" or "property". And this Affiant hereby rejects any and all "Assumable Jurisdiction" to the contrary of these said declarations. Once the jurisdiction of a Court is challenged, it, The Court, must investigate the authenticity of the status in question before it can proceed. That requires The Courts "In Personam" jurisdiction, where it must prove it has the power over personage of the defendant (not "quasi in rem"; power over property. Any court, which lacks personal jurisdiction, is also a court without power to issue an "In Personam" jurisdiction (<u>Pennoyer v. Neff</u>, 95 U.S. 714, 24 Led. 565

This is an Affidavit; an Affidavit is either accurate or it is inaccurate. If the Affidavit

is inaccurate, there may be grounds for criminal prosecution; however, on the other hand, an accurate Affidavit must be accepted, for to do otherwise would be to attempt to FALSIFY THE RECORD by denying the truth.

## CONCLUSION

Lawyers, cursed at Luke 11:45-54, are responsible for turning the law into an inland piracy and racketeering scheme in order to put victums of the public fool system into slavery. BAR terrorists are responsible for murder and general mayhem and anyone who would deny that is divorced from reality, having failed to consider the reality of families devastated at Wilmington Delaware as 1000 years of prison time was given to innocent people, families devastated in Wilmington with fake drug cases, innocent people arrested in the New Castle County inner city streets at Wilmington because they fitted the profile, they had one head, two arms, and two legs just like drag racers, unfortunately they were just ordinary automobile drivers, bicycle riders and pedestrians! Shyster shenanigans are responsible for countless thousands of people going to prison, indeed PBS showed 130 men exonerated by DNA evidence AFTER serving over 1500 years of prison time. What about the innocent people who have been executed, see the cover of "In Spite of Innocence,"

isn't that Murder Arranged By Bar Terrorists! I do not ever recall any trial for the Branch MOVE children at Philadelphia, prior to execution. It is plain and clear that this terrorism is the responsibility of Middle Temple of the Crown BAR members, prosecutors and judges who should known better despite IGNORANCE OF THE LAW

I am not an expert in the law however I do know right from wrong. I am though without competent counsel. I deny Miranda attorney forit cannot represent Propria Persona and is admission to the jurisdiction of Territorial Statutory Maritime jurisdiction, tacit not withstanding. If there is any human being damaged by any statements herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me In Written Affidavit Form within thirty (30) days from receipt hereof providing me with

your counter affidavit, proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this Affidavit Statement is substantially and and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as matter of law.

Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever,

Under the laws of The United States of America [ pursuant to Title 28 U.S.C.A. sec. 1746 (1) ] without the United States

28 USC § 1746

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 USC § 1746

Signed on this the third day of the third month in the year of two thousand eight Moorish Calendar fourteen twenty eight.

Ushango: Owens-Ali
Ushango: Owens-ALi

Having no wife, no address, no home, and financially devastated by BAR TERRORISTS acting in

collusion to overthrow the Constitution for the United States of America

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was sent by mail, postage prepaid, or hand delivered to pettifogger groveling for filthy lucre Joseph J. Farnan, (Esquire) unregistered British foreign agent & International Monetary Fund banker, this third day of the third month in the year two thousand eight. Moorish Calendar fourteen twenty eight.

Ushango: Owens-Ali
Ushango: Owens-Ali

# OFFER OF PROOF

Upon consideration of the facts as to:
Absent subject matter jurisdiction, Knowingly proceeding to TORTURE Ushango Owens
Fourth Amendment Violation, unreasonable search
Fourth Amendment Violation, unreasonable seizure
Fifth Amendment Violation, lack of Due Process indictment
Fifth Amendment Violation, lack of Due Process absent show cause hearing on failure to appear
Fifth Amendment Violation, lack of Due Process absent hearing as to need of mental evaluation
Fifth Amendment Violation, lack of just compensation
Fifth Amendent Violation, compelling Ushango Owens to witness against himself
Thirteeth Amendment Violation, involuntary servitude by force of arms and imminent threat of violence
KIDNAPPING/MANSTEALING EXODUS 21:16
TRAFFICKING IN PERSONS, 28 CFR Chapter II
VIOLATION OF PUBLIC TRUST
Felony Breach of Fiduciary Duty
SEDITION AND TREASON