# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

(without prejudice)

Ushango Owens, UCC 1-207, 1-308, 1-103.6

    Plaintiff,

    v.

~~Governor Ruth Ann Minner~~,
Delaware State Employees,
Robert Fox    et al.,

    Defendants,

Civil Action No. 07-365-JJF



FILED
MAR - 6 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### Motion for Plaintiff's Interrogatories And Request For Production Of Documents

    Pursuant to Rules 33 and 34, Fed. R. Civ. P., the plaintiff submits the following interrogatories and requests for documents to the defendants. You are directed to answer each of the interrogatories in writing under oath, and produce each of the requested documents for inspection and copying, within 30 days of service.

    1. State the duties of defendant Sgt. Kurten, Patrol Officer Fox, Officer Patrolman DeLeo, Cpl. Snyder, and Officer Kirlin, all of the Wilmington Police Department. State the duties of Dr. Burgess, of the Wilmington Hospital and the Medical Administrator at H.R.Y.C.I. If those duties are set forth in any job description or other document, produce

the document.

2. State the duties of defendant Raphael Williams, Warden for Administration at H.R.Y.C.I., insofar as they pertain to providing medical care to prisoners or transporation of prisoners to medical appointments or facilities. If those duties are set forth in any job description or other document, produce the document.

3. State the names, titles, and duties of all staff members at H.R.Y.C.I., other than defendants Raphael Williams, Delaware State Employees, etc., who have responsibility for scheduling prisoners' medical appointments outside the prison, for arranging transportation of prisoners to medical appointments or facilities outside the prison, or for evaluating requests for specialized treatment or evaluation. If those duties are set forth in any job description or other document, produce the document.

4. State the names, titles, and duties of all staff members at H.R.Y.C.I., other than defendants Warden Raphael Williams and Delaware State Employees, who have responsibility for ensuring inmates requests for medical attention are responded to. If those duties are set forth in any job description or other document, produce the document.

5. State the procedure in effect during ~~March~~ February, 2007 at H.R.Y.C.I. for conducting sick call, including the procedure ~~by different~~ which inmates sign up for or request sick call. If the procedure is different for segregation inmates than for general population inmates, state both procedures. State housing procedures for inmates in segregation or general population in exceeding over it's housing capacity or otherwise. State procedures for charging inmates for legal materials, legal mail, or regular mail. In those procedures state whether or not indigent inmates are exempt from fees or not. If those procedures are set forth in any policy, directive, or other document, produce the document. (Any and all documents pertaining to all defendants of suit. Evidence to their disciplinary reprimands, present or past complaints of their duties that may go on the record for documentation.)

Conclusion

For the foregoing reasons, the court should grant the motion in its entirety.

Date: March 3, 2008
Moorish Calendar 1428

(without prejudice) UCC 1-207, 1-305
Ushango: Owens-Ali, Sui Jur
H.R.Y.C.I.
P.O. Box 9561
Wilmington Territory
Delaware Republic [19809.7]