OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 6, 2008

TO: Ushango Owens
SBI# 240623
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

**RE:  UNITED STATES MARSHAL 285 FORMS - DEFICIENCY NOTED**
     **CIV. NO. 07-365(JJF)**

Dear Mr. Owens:

Please be advised that this office has received two deficient United States Marshal 285 forms for defendant Officer Fox.

Please submit one new United States Marshal 285 form for Officer Fox with the complete address. You submitted two USM 285 forms for one defendant, one which had an incomplete address.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead                                    PETER T. DALLEO
                                        CLERK

cc: The Honorable Joseph J. Farnan, Jr.
enc: Two Returned USM 285 forms for Officer Fox
     Blank USM 285 form