Ushango: Owens-Ali ex rel. Ushango Owens
c/o H.R.Y.C.I.
P.O. Box 9561
Wilmington [19809]
DELAWARE, USA

Re: Case No.: 1:07-cv-365 JJF
Ushango Owens (Misnomer)

FILED
MAY 2? 2008
U.S. DISTRICT COURT

Attention Court Clerk:

I am writing this Notice to the Court in regards to the disposition or "Default of Judgement" on my Affidavit of Fact and Lawful Demand for Return of Personal Property filed by Ushango: Owens-Ali ex rel. Ushango Owens

Also I would like a disposition and court docket sheet on all case(s) filed by petitioner Ushango: Owens-Ali ex rel. Ushango Owens Case Nocss.: (1:07-cv-365 JJF), (1:08-cv-00157-JJF), (07-365-JJF), (08-134-JJF), etc. Also I need an extension on the initial partial filing fee of $18.87 for case no.: (1:08-cv-00157-JJF). I thank you for your assistance, time and patience in this matter. I pray that

(1)

-this was of no inconvenience to you. Please respond to my inquiry at your earliest convenience.

This unsworn Certification is being executed WITHOUT the UNITED STATES, pursuant to Section 1746 (1) of Title 28 United States Code, Federal Rules of Civil Procedure:

I affirm under penalty of perjury, under the laws of the United States of America, that I executed the foregoing for the purposes and considerations here expressed, in the capacity stated, and that the statements contained herein are true and correct, to the best of my knowledge.

Ushango: Owens-Ali, 5-18-08
Ushango: Owens-Ali, Moorish American National and Principal, by Special Appearance, In Propria Persona, Proceeding Sui Juris, with Assistance, Special, with reservation of all rights.

On the 13th day of May 2008, Anno Domini, before me appeared Ushango:Owens-ALi ex rel. Ushango Owens, personally known to me and whose name is subscribed to the within instrument and acknowledge to me the same with his signature. Purpose of Notary Public is for identification only, and not for endrance into any foreign jurisdiction.

Witness my hand and official seal

Notary Public: *Rodderick Johnson*  5/20/08

# CERTIFICATE OF MAILING

I certify that a true and correct copy of the foregoing document was sent by mail, postage prepaid, or hand delivered to the DISTRICT COURT (DELAWARE) on this fourteenth day of May, two thousand eight Moorish Calendar fourteen twenty eight.

*Ushango: Owens-Ali*
UshangoU: Owens-ALi
Principle, In Special Visitation
In Propria Persona, proceeding
Sui Juris, with Assistance,
Special, with reservation of all rights.

Shango: Owens-Ali
c/o H.R.Y.C.I.
P.O. Box 9561
Wilmington [19809]
DELAWARE, USA

U.S.M.S
X-RAY

Office of the Clerk
District Court of the United States
844 N. King Street, Lockbox 18
Wilmington [19801-3570]
DELAWARE, USA

WILMINGTON DE 197
21 MAY 2008 PM 3
USA 41