OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 6, 2008

TO:  Ushango Owens
     SBI# 240623
     Howard R.Young Correctional Institution
     P.O. Box 9561
     Wilmington, DE 19809

   **RE:  REQUEST FOR COPYWORK, C.A. NO. 07-365; 08-157 and
         08-134(JJF)**

Dear Mr. Owens:

   This is in response to your letter received on 5/22/08 requesting copywork.

   Please be advised that the fee for copywork (including docket sheets)is fifty cents ($.50) per page. **Should you require copywork in the future**, please be aware of this fee requirement. Prepayment in the amount of **$5.00** ($3.00 for 07-365, $1.00 for 08-157 and $1.00 for 08-134) should be sent with your request, check or money order payable to Clerk, United States District Court.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                    Sincerely,

/ead                                PETER T. DALLEO
                                    CLERK

cc:  The Honorable Joseph J. Farnan, Jr.